UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY M. KING,
Plaintiff,

v.

ALEJANDRO TELLEZ, et al.,
Defendants.

Case No. 24-cv-05175-NW

**ORDER REFERRING MATTER FOR APPOINTMENT OF COUNSEL**

On April 21, 2026, the Court partially granted Defendant's motion for summary judgment and referred the parties to the Northern District of California's Pro Se Prisoner Settlement Program for discussion regarding Plaintiff's remaining claim. *See* ECF No. 34. On August 5, 2026, the Court received notice that no agreement was reached following a conference held on that date. *See* ECF No. 38 (minute order noting that parties did not settle). The parties have made no further motions, and the case appears ripe for trial.

In the interest of resolving this matter, and with good cause appearing, the Court hereby **REFERS** this action to the Federal Pro Se Program to secure pro bono counsel to represent King in this action. The scope of this referral shall be for all purposes.

The Clerk shall forward to the Federal Pro Se Program copies of:

1. this order;
2. the docket sheet;
3. the Complaint (ECF No. 1),
4. the Court's order partially granting Defendant's motion for summary judgment (ECF No. 34).

Once the Federal Pro Se Program informs the Court that counsel has been secured and

United States District Court
Northern District of California

counsel is appointed by the Court, or the Federal Pro Se Program determines that no suitable counsel is available to represent King in this action, the Court will schedule a case management conference so the matter can proceed to trial.

**IT IS SO ORDERED.**

Dated: August 11, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California